IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00014 JLK-CBS

HAYWARD BOTTS,
ELIZABETH BOTTS

      Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

      Defendant.

---

## ORDER

---

      The Unopposed Motion to Substitute Party (doc. #5), is GRANTED.  The United States of America is substituted for Kody Potts as Defendant. Pursuant to the Stipulation of Dismissal (doc. #6), filed January 5, 2007, it is

      ORDERED that this case is DISMISSED WITHOUT PREJUDICE.

DATED: January 5th, 2007.

                                          *S/John L. Kane*
                                          United States District Court Judge