# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00014 JLK-CBS

HAYWARD BOTTS,
ELIZABETH BOTTS

    Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

    Defendant.

---

## ORDER

---

    The Unopposed Motion to Substitute Party (doc. #5), is GRANTED. The United States of America is substituted for Kody Potts as Defendant. Pursuant to the Stipulation of Dismissal (doc. #6), filed January 5, 2007, it is

    ORDERED that this case is DISMISSED WITHOUT PREJUDICE.

DATED: January 5th, 2007.

                                            *S/John L. Kane*
                                            United States District Court Judge